IN THE SUPREME COURT OF TEXAS

 No. 06-0421

 IN RE ELIZABETH WOOD

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency relief, filed May 25, 2006, is
granted in part. The Order on Motion for Mental Examination and the Order
on Motion for Preparation of Social Study, both dated November 14, 2005, in
Cause No. 29,660, styled Gary and Freda Wood v. Elizabeth Wood, in the 12th
District Court of Grimes County, Texas, are stayed pending further order of
this Court.

 Done at the City of Austin, this June 21,
2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk